533 F.2d 1134
 Stamatinos
v.
International Association of Machinists and Aerospace
Workers, AFL-CIO*#
 No. 75-4228
 United States Court of Appeals, Fifth Circuit
 6/1/76
 
 1
 S.D.Fla.
 
 AFFIRMED
 
 
 *
 Summary Calendar case; Rule 18, 5 Cir.; see Isbell Enterprises, Inc. v. Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431 F.2d 409
 # Local Rule 21 case; see NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966.